UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KOICHI SAITO and LYNNEA SAITO,

    Plaintiffs,

v.                            Case No.: 2:23-cv-266-JLB-KCD

COREY LEWIS, PRATIK PATEL, MOLLY EMMA CAREY, JOSEPH FOSTER, DE CUBAS AND LEWIS, PA and STATE OF FLORIDA,

    Defendants.
_____/

## ORDER

The Saitos move for default against Defendants Pratik Patel, Corey Lewis, Molly Carey, and DeCubas & Lewis, PA, for failure to respond to the complaint. (Doc. 28.) The motion is **denied** because these Defendants filed a motion to dismiss for failure to state a claim, which is considered a responsive pleading under the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 12(b).

**ORDERED** in Fort Myers, Florida this June 8, 2023.

*Kyle C. Dudek*
Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record