Koichi Saito, Lynne'a Saito

℅ 3987 31st ave NE

Near Naples, without Florida

July 10, 2023

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Koichi and Lynne'a Saito | **Demand For A Trial By Jury** |
| Plaintiffs | |
| v. | Case #2:23-cv-00266 |
| Corey Lewis, Pratik Patel, DECUBAS & LEWIS, Molley Carey, Joseph Foster, STATE OF FLORIDA, Kyle Dudek, John Badalamenti | Plaintiffs Reserve the Right to Amend |
| Defendants | |

## **OBJECTION AND DEMAND TO STRIKE ORDER**

Comes Now Plaintiffs, Koichi Saito and Lynne'a Saito, to file this Objection and Demand To Strike the Order to strike Plaintiffs' amended complaint [Doc. 47]. Judge Sheri Chappell ordered the court to strike, stating that Plaintiffs must have the opposing party's consent or leave of court.

Plaintiffs move to strike this order and are seeking relief based on the fact that the judgment [Doc. 47] was based on a manifest error of law and fact.

A motion to dismiss under Federal Rule of Civil Procedure Rule 12(b) was served on June 20, 2023 [Doc. 40]. Plaintiffs filed their amended complaint [Doc. 43] on June 28, 2023, well within 21 days of the Motion To Dismiss. As such, Plaintiffs' amended

complaint is right and proper pursuant to Federal Rules of Civil Procedure Rule 15(a)(1)(B).

This objection and notice of claim is against the judge for violating the Administrative Procedures Act of 1946, and obstructing the administration of justice when she ruled in this civil action with manifest errors of law and fact.

Wherefore, the Order To Strike [Doc. 47] Plaintiffs' amended complaint should be stricken from the record and Plaintiffs' amended complaint be reinstated on the record.

                Koichi Saito
                7/10/2023
        Without Prejudice UCC 1-308

                Lynne'a Saito
                7/10/2023
        Without Prejudice UCC 1-308

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July 2023, 7/10/2023, the foregoing document was electronically filed with the Clerk of Court, which will send an electronic notification of such filing to all counsel of record and other participants in the Court's ECF filing.

_____  
Koichi Saito

7/10/2023

Without Prejudice UCC 1-308

_____  
Lynne'a Saito

7/10/2023

Without Prejudice UCC 1-308

Koichi Saito & Lynne'a Saito's Permanent Address:

Rural Route Delivery

3987 31st ave NE

Naples, FL 00000

VERIFICATION:

I, Koichi Saito, and I, Lynne'a Saito, declare under penalty of perjury in accordance with the Laws of the United States of America that the foregoing is true and correct and complete to the best of my knowledge and belief.

_____ on this 10th day of July 2023.

Koichi Saito

_____ on this 10th day of July 2023.

Lynne'a Saito

On this 10th day of July 2023 before me, the undersigned, a Notary Public in and for the State of Florida, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that he/she has executed the same.

Signed: _____

Printed Name: Valerie Tynes

My Commission Expires: ___8/6/2024___

Date: July 10, 2023   Common Law Seal:



Notary Public State of Florida
Valerie E Tynes
My Commission HH 029719
Expires 08/06/2024