UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KOICHI SAITO and LYNNEA SAITO,

    Plaintiffs,

v.                                        Case No.:  2:23-cv-266-JLB-KCD

COREY LEWIS, PRATIK PATEL, MOLLY EMMA CAREY, JOSEPH FOSTER, DE CUBAS AND LEWIS, PA, and STATE OF FLORIDA,

    Defendants.
_____/

**ORDER**

Before the Court is Plaintiffs Koichi and Lynnea Saito's Motion to Compel Settlement Conference. (Doc. 65.) Despite the title, their motion actually seeks two forms of relief. First, they ask the Court to "strike any pleadings filed by Attorney Steven Force" because his representation "is prohibited by law." (*Id.* at 1.)[1] Second, they ask the Court "to order Plaintiffs and Defendants to conduct a settlement hearing." (*Id.* at 3.)

Plaintiffs' argument that Mr. Force is ineligible to appear in this case has already been addressed. (*See* Doc. 37.) Mr. Force is a licensed attorney in

---

[1] Plaintiffs' motion is not paginated. Reference is thus made to the page numbers generated by the Court's electronic filing system.

the State of Florida and admitted to practice before this Court. There is no legal bar to him representing his employer, Defendant De Cubas and Lewis, PA. Thus, for the reasons already explained, the Court will not strike any filings from Mr. Force or prohibit his appearance.

The Court also denies Plaintiffs' request for a settlement conference. This case is still in its infancy. In fact, there is currently no operative complaint. Ordering a settlement conference at this point would thus be a waste of resources. Plaintiffs can re-file their motion once the case advances to a point that settlement discussions would be fruitful.

Accordingly, it is now **ORDERED**:

Plaintiffs' Motion to Compel Settlement Conference (Doc. 65) is **DENIED**.

**ENTERED** in Fort Myers, Florida on August 23, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record

2