UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KOICHI SAITO and LYNNEA SAITO,

    Plaintiffs,

v.

Case No.: 2:23-cv-266-SPC-KCD

COREY LEWIS, PRATIK PATEL, MOLLY EMMA CAREY, JOSEPH FOSTER, DE CUBAS AND LEWIS, PA, and STATE OF FLORIDA,

    Defendants.
_____/

## ORDER

Plaintiffs Koichi and Lynnea Saito move to recuse the undersigned under 28 U.S.C. § 455. (Doc. 68.) This is Plaintiffs' third such motion. And this latest attempt merely parrots the same arguments already rejected. Accordingly, for the reasons already explained by the Court (Doc. 52), Plaintiffs' request for recusal (Doc. 68) is **DENIED**.

**ENTERED** in Fort Myers, Florida on August 30, 2023.

Kyle C. Dudek
United States Magistrate Judge